# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
        §
VIEW, JOSEPH EDWARD § Case No. 10-06827
        §
        Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Phillip D. Levey_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-06827 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | VIEW, JOSEPH EDWARD | | Date Filed (f) or Converted (c): | 02/20/10 (f) |
| | | | 341(a) Meeting Date: | 04/02/10 |
| For Period Ending: | 06/17/14 | | Claims Bar Date: | 01/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4933 N. Mozart Chicago, IL 60625 | 200,000.00 | 132,629.00 | | 90,000.00 | FA |
| 2. Cash | 20.00 | 20.00 | | 0.00 | FA |
| 3. Checking Account | 200.00 | 200.00 | | 0.00 | FA |
| 4. Furniture | 340.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. clothes | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. 401k | 29,153.42 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. 2003 Lincoln Navigator | 8,000.00 | 1,990.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $237,863.42 | $134,839.00 | | $90,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/31/12     Current Projected Date of Final Report (TFR): 03/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-06827 -ABG | | Trustee Name: | Phillip D. Levey |
| Case Name: | VIEW, JOSEPH EDWARD | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3166 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3034 | | | |
| For Period Ending: | 06/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/13 | 1 | Joseph View | Sale of Real Estate | 1110-000 | 90,000.00 | | 90,000.00 |
| 12/27/13 | 010001 | United States Treasury | FEDERAL INCOME TAXES - 2013 FEIN 46-7143034 2013 FORM 1041 | 2810-000 | | 6,286.00 | 83,714.00 |
| 12/27/13 | 010002 | Illinois Department of Revenue | Illinois Income Taxes - 2013 FEIN 46-7143034 State of Illinois Income Taxes - 2013 | 2820-000 | | 2,449.00 | 81,265.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 112.07 | 81,152.93 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.26 | 81,031.67 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 108.82 | 80,922.85 |
| 04/01/14 | 010003 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA  70139 | TRUSTEE'S BOND | 2300-000 | | 19.55 | 80,903.30 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 120.31 | 80,782.99 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 116.24 | 80,666.75 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 119.93 | 80,546.82 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 90,000.00 | 9,453.18 | 80,546.82 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 90,000.00 | 9,453.18 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 90,000.00 | 9,453.18 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******3166 | 90,000.00 | 9,453.18 | 80,546.82 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 90,000.00 | 9,453.18 | 80,546.82 |
| Page Subtotals | 90,000.00 | 9,453.18 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 17.05d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |
|---|---|
| Case No: 10-06827 -ABG | Trustee Name: Phillip D. Levey |
| Case Name: VIEW, JOSEPH EDWARD | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******3166 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******3034 | |
| For Period Ending: 06/17/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 17, 2014 |

Case Number: 10-06827  
Debtor Name: VIEW, JOSEPH EDWARD  

Claim Class Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Phillip D. Levey | Administrative | | $6,435.00 | $0.00 | $6,435.00 |
| 001<br>3410-00 | Popowcer KAatten, Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Administrative | | $1,666.00 | $0.00 | $1,666.00 |
| | Subtotal for Class Administrative | | | $8,101.00 | $0.00 | $8,101.00 |
| 050<br>4110-00 | CitiMortgage, Inc.<br>Po Box 6030<br>Sioux Falls, SD 57117 | Secured | | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $14,674.88 | $0.00 | $14,674.88 |
| 000002<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>MHC Receivables, LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $658.82 | $0.00 | $658.82 |
| 000003<br>070<br>7100-00 | HSBC Bank Nevada, N.A.<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 | Unsecured | | $479.93 | $0.00 | $479.93 |
| 000004<br>070<br>7100-00 | HSBC Bank Nevada, N.A.<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 | Unsecured | | $514.90 | $0.00 | $514.90 |
| 000005<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $18,831.52 | $0.00 | $18,831.52 |
| 000006<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $2,089.05 | $0.00 | $2,089.05 |
| 000007<br>070<br>7100-00 | Asset Acceptance, LLC<br>assignee BANK OF AMERICA/MBNA<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $56,290.31 | $0.00 | $56,290.31 |
| 000008<br>070<br>7100-00 | Asset Acceptance, LLC<br>assignee CITIBANK<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $876.67 | $0.00 | $876.67 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 17, 2014

Case Number: 10-06827
Debtor Name: VIEW, JOSEPH EDWARD

Claim Class Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $559.63 | $0.00 | $559.63 |
| 000010 070 7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $13,630.43 | $0.00 | $13,630.43 |
| 000011 070 7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,759.20 | $0.00 | $2,759.20 |
| | Subtotal for Class Unsecured | | | $111,365.34 | $0.00 | $111,365.34 |
| | Case Totals: | | | $119,466.34 | $0.00 | $119,466.34 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-06827
Case Name: VIEW, JOSEPH EDWARD
Trustee Name: Phillip D. Levey

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | CitiMortgage, Inc. | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer KAatten, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. | $ | $ | $ |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000003 | HSBC Bank Nevada, N.A. | $ | $ | $ |
| 000004 | HSBC Bank Nevada, N.A. | $ | $ | $ |
| 000005 | Discover Bank | $ | $ | $ |
| 000006 | Midland Funding LLC | $ | $ | $ |
| 000007 | Asset Acceptance, LLC | $ | $ | $ |
| 000008 | Asset Acceptance, LLC | $ | $ | $ |
| 000009 | Midland Funding LLC | $ | $ | $ |
| 000010 | American Express Centurion Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | American Express Bank, FSB | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE