# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
                                          §
VIEW, JOSEPH EDWARD       §        Case No. 10-06827
                                          §
           Debtor(s)              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Jeffrey P. Allsteadt
    U.S. Bankruptcy Court Clerk
    219 South Dearborn Street- 7th Floor
    Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/01/2014 in Courtroom 642,

    United States Courthouse
    219 South Dearborn Street
    Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Jeffrey P. Allsteadt_____
                                                          Clerk of The United States Bankruptcy
                                                                              Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| VIEW, JOSEPH EDWARD | § | Case No. 10-06827 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 90,000.00 |
| and approved disbursements of | $ | 9,453.18 |
| leaving a balance on hand of[1] | $ | 80,546.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | CitiMortgage, Inc. | $ 216,962.31 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total to be paid to secured creditors | | | | $ | 0.00 |
| Remaining Balance | | | | $ | 80,546.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 7,750.00 | $ 0.00 | $ 7,750.00 |
| Trustee Expenses: Phillip D. Levey | $ 37.95 | $ 0.00 | $ 37.95 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 6,435.00 | $ 0.00 | $ 6,435.00 |
| Accountant for Trustee Fees: Popowcer KAatten, Ltd. | $ 1,666.00 | $ 0.00 | $ 1,666.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 15,888.95 |
| Remaining Balance | | $ | 64,657.87 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 111,365.34 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. | $ 14,674.88 | $ 0.00 | $ 8,520.12 |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 658.82 | $ 0.00 | $ 382.51 |
| 000003 | HSBC Bank Nevada, N.A. | $ 479.93 | $ 0.00 | $ 278.64 |
| 000004 | HSBC Bank Nevada, N.A. | $ 514.90 | $ 0.00 | $ 298.95 |
| 000005 | Discover Bank | $ 18,831.52 | $ 0.00 | $ 10,933.44 |
| 000006 | Midland Funding LLC | $ 2,089.05 | $ 0.00 | $ 1,212.89 |
| 000007 | Asset Acceptance, LLC | $ 56,290.31 | $ 0.00 | $ 32,681.73 |
| 000008 | Asset Acceptance, LLC | $ 876.67 | $ 0.00 | $ 508.98 |
| 000009 | Midland Funding LLC | $ 559.63 | $ 0.00 | $ 324.92 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | American Express Centurion Bank | $ 13,630.43 | $ 0.00 | $ 7,913.72 |
| 000011 | American Express Bank, FSB | $ 2,759.20 | $ 0.00 | $ 1,601.97 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 64,657.87 |
| Remaining Balance | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 10-06827-ABG
Joseph Edward View                                                      Chapter 7
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: acox                  Page 1 of 2                  Date Rcvd: Sep 05, 2014
                              Form ID: pdf006             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2014.
db           +Joseph Edward View,    4928 N. Mozart,    Chicago, IL 60625-3614
15133960     +American Express,    PO BOX 981537,    El Paso, TX 79998-1537
16595316      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16554629      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15133962     +Arrow Financial Services,    5996 w Touhy,    Niles, IL 60714-4610
21284107     +CitiMortgage, Inc.,    Po Box 6030,    Sioux Falls, SD 57117-6030
15133964     +Citibank NA,    1000 Technology Dr,    O Fallon, MO 63368-2239
15133965     +Citimortgage INC,    PO BOX 9438,    Gaithersburg, MD 20898-9438
15133969     +HSBC Bank,    Po Box 81622,    Salinas, CA 93912-1622
15567967     +HSBC Bank Nevada, N.A.,    By PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
15133972     +Patricia C. View,    4928 N. Mozart St,    Chicago, IL 60625-3614
15133973     +Southwest Credit Service,    2950 S. Gessner Rd,    Houston, TX 77063-3771
15133974     +Unifund,   10625 techwoods Circle,    Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15133961     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Sep 06 2014 00:32:07       Armor Systems Co,
               1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
15133963     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 06 2014 00:31:09       Asset Acceptance,
               PO BOX 2036,    Warren, MI 48090-2036
16365671     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 06 2014 00:31:09       Asset Acceptance, LLC,
               assignee CITIBANK,    PO Box 2036,    Warren, MI 48090-2036
16365399     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 06 2014 00:31:09       Asset Acceptance, LLC,
               assignee BANK OF AMERICA/MBNA,    PO Box 2036,    Warren, MI 48090-2036
16529615      E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2014 00:37:37       Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15133966     +E-mail/Text: creditonebknotifications@resurgent.com Sep 06 2014 00:30:35       Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
15133967      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2014 00:37:03       Discover Financial SVCS,
               PO BOX 15316,    Wilmington, DE 19850
16285529      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2014 00:37:03       Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
16337523      E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2014 00:37:35       GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15133968     +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2014 00:34:33       GEMB/Care Credit,    Po Box 981439,
               El Paso, TX 79998-1439
15133970     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2014 00:37:37       LVNV Funding LLC,
               PO BOX 10497,    Greenville, SC 29603-0497
15163339     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 06 2014 00:31:11       Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
15133971     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 06 2014 00:31:11       Midland Credit Managment,
               8875 Areo Dr,    San Diego, CA 92123-2255
19932128      E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2014 00:34:36       Midland Funding LLC,
               By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
15313556     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2014 00:36:30
               PYOD LLC its successors and assigns as assignee of,    MHC Receivables, LLC,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19932129      E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2014 00:37:37
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2014                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: acox                  Page 2 of 2                  Date Rcvd: Sep 05, 2014
                               Form ID: pdf006             Total Noticed: 29
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2014 at the address(es) listed below:

      Ariel   Weissberg    on behalf of Debtor Joseph Edward View ariel@weissberglaw.com, Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com;ro@weissberglaw.com

      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

      Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com, plevey@ecf.epiqsystems.com

      Phillip D Levey, ESQ     levey47@hotmail.com,  plevey@ecf.epiqsystems.com

      Phillip D Levey, ESQ    on behalf of Accountant Lois  West levey47@hotmail.com, plevey@ecf.epiqsystems.com

      Phillip D Levey, ESQ    on behalf of Attorney Phillip D Levey, ESQ levey47@hotmail.com

      Russell D Knight    on behalf of Debtor Joseph Edward View russelldknight@gmail.com, rita@rdklegal.com

      TOTAL: 7