UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| VIEW, JOSEPH EDWARD | § § | Case No. 10-06827 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citimortgage INC PO BOX 9438 Gaithersburg, MD 20898 |  |  |  |  |  |
|  | CITIMORTGAGE, INC. |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

Document      Page 4 of 13

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| UNITED STATES TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| POPOWCER KAATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO BOX 981537 El Paso, TX 79998 | | | | | |
| | American Express PO BOX 981537 El Paso, TX 79998 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Ste 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Ste 1 Zion, IL 60099 | | | | | |
| | Arrow Financial Services 5996 w Touhy Niles, IL 60714 | | | | | |
| | Asset Acceptance PO BOX 2036 Warren, MI 48090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance PO BOX 2036 Warren, MI 48090 | | | | | |
| | Citibank NA 1000 Technology Dr O Fallon, MO 63368 | | | | | |
| | Credit One Bank PO Box 98873 Las Vegas, NV 89193 | | | | | |
| | Discover Financial SVCS PO BOX 15316 Wilmington, DE 19850 | | | | | |
| | GEMB/Care Credit Po Box 981439 El Paso, TX 79998 | | | | | |
| | HSBC Bank Po Box 81622 Salinas, CA 93912 | | | | | |
| | HSBC Bank Po Box 81622 Salinas, CA 93912 | | | | | |
| | LVNV Funding LLC PO BOX 10497 Greenville, SC 29603 | | | | | |
| | Midland Credit Managment 8875 Areo Dr San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southwest Credit Service 2950 S. Gessner Rd Houston, TX 77063 | | | | | |
| | Unifund 10625 techwoods Circle Cincinnati, OH 45242 | | | | | |
| 000011 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000010 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000007 | ASSET ACCEPTANCE, LLC | | | | | |
| 000008 | ASSET ACCEPTANCE, LLC | | | | | |
| 000005 | DISCOVER BANK | | | | | |
| 000003 | HSBC BANK NEVADA, N.A. | | | | | |
| 000004 | HSBC BANK NEVADA, N.A. | | | | | |
| 000001 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000006 | MIDLAND FUNDING LLC | | | | | |
| 000009 | MIDLAND FUNDING LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-06827  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | VIEW, JOSEPH EDWARD | Date Filed (f) or Converted (c): | 02/20/10 (f) |
| | | 341(a) Meeting Date: | 04/02/10 |
| For Period Ending: | 06/17/14 | Claims Bar Date: | 01/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4933 N. Mozart Chicago, IL 60625 | 200,000.00 | 132,629.00 | | 90,000.00 | FA |
| 2. Cash | 20.00 | 20.00 | | 0.00 | FA |
| 3. Checking Account | 200.00 | 200.00 | | 0.00 | FA |
| 4. Furniture | 340.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. clothes | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. 401k | 29,153.42 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. 2003 Lincoln Navigator | 8,000.00 | 1,990.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| TOTALS (Excluding Unknown Values) | $237,863.42 | $134,839.00 | | $90,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/31/12    Current Projected Date of Final Report (TFR): 03/31/14

LFORM1                                                                                                                                    Ver: 17.05d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-06827 -ABG | Trustee Name: | Phillip D. Levey |
| Case Name: | VIEW, JOSEPH EDWARD | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3166 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3034 | | |
| For Period Ending: | 01/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/13 | 1 | Joseph View | Sale of Real Estate | 1110-000 | 90,000.00 | | 90,000.00 |
| 12/27/13 | 010001 | United States Treasury | FEDERAL INCOME TAXES - 2013 FEIN 46-7143034 2013 FORM 1041 | 2810-000 | | 6,286.00 | 83,714.00 |
| 12/27/13 | 010002 | Illinois Department of Revenue | Illinois Income Taxes - 2013 FEIN 46-7143034 State of Illinois Income Taxes - 2013 | 2820-000 | | 2,449.00 | 81,265.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 112.07 | 81,152.93 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.26 | 81,031.67 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 108.82 | 80,922.85 |
| 04/01/14 | 010003 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | TRUSTEE'S BOND | 2300-000 | | 19.55 | 80,903.30 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 120.31 | 80,782.99 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 116.24 | 80,666.75 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 119.93 | 80,546.82 |
| 10/06/14 | 010004 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 7,750.00 | 72,796.82 |
| 10/06/14 | 010005 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 37.95 | 72,758.87 |
| 10/06/14 | 010006 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,230.00 | 68,528.87 |
| 10/06/14 | 010007 | Popowcer KAatten, Ltd. 35 East Wacker Drive Suite 1550 | Accountant for Trustee Fees (Other | 3410-000 | | 1,666.00 | 66,862.87 |

Page Subtotals    90,000.00    23,137.13

Ver: 18.03a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-06827 -ABG | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | VIEW, JOSEPH EDWARD | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3166  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3034 | | | |
| For Period Ending: | 01/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60601 | | | | | |
| 10/06/14 | 010008 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000001, Payment 60.03920% | 7100-000 | | 8,810.68 | 58,052.19 |
| 10/06/14 | 010009 | PYOD LLC its successors and assigns as assignee of<br>MHC Receivables, LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000002, Payment 60.03916% | 7100-000 | | 395.55 | 57,656.64 |
| 10/06/14 | 010010 | HSBC Bank Nevada, N.A.<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 | Claim 000003, Payment 60.04001% | 7100-000 | | 288.15 | 57,368.49 |
| 10/06/14 | 010011 | HSBC Bank Nevada, N.A.<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 | Claim 000004, Payment 60.03884% | 7100-000 | | 309.14 | 57,059.35 |
| 10/06/14 | 010012 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000005, Payment 60.03923% | 7100-000 | | 11,306.30 | 45,753.05 |
| 10/06/14 | 010013 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000006, Payment 60.03925%<br>(6-1) CARECREDIT/GEMB | 7100-000 | | 1,254.25 | 44,498.80 |
| 10/06/14 | 010014 | Asset Acceptance, LLC<br>assignee BANK OF AMERICA/MBNA<br>PO Box 2036<br>Warren, MI 48090 | Claim 000007, Payment 60.03921% | 7100-000 | | 33,796.26 | 10,702.54 |
| 10/06/14 | 010015 | Asset Acceptance, LLC | Claim 000008, Payment 60.03855% | 7100-000 | | 526.34 | 10,176.20 |

Page Subtotals           0.00           56,686.67

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-06827 -ABG | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | VIEW, JOSEPH EDWARD | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3166 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3034 | | | |
| For Period Ending: | 01/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/06/14 | 010016 | assignee CITIBANK<br>PO Box 2036<br>Warren, MI 48090<br>Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000009, Payment 60.03967%<br>(9-1) Citibank - Sears | 7100-000 | | 336.00 | 9,840.20 |
| 10/06/14 | 010017 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 60.03919%<br>(10-1) CREDIT CARD DEBT | 7100-000 | | 8,183.60 | 1,656.60 |
| 10/06/14 | 010018 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 60.03914%<br>(11-1) CREDIT CARD DEBT | 7100-000 | | 1,656.60 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 90,000.00 | 90,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 90,000.00 | 90,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 90,000.00 | 90,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - *******3166 | 90,000.00 | 90,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 90,000.00 | 90,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 10,176.20

Ver: 18.03a

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 10-06827 -ABG | | Trustee Name: | Phillip D. Levey |
| Case Name: | VIEW, JOSEPH EDWARD | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3166 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3034 | | | |
| For Period Ending: | 01/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******3166

Page Subtotals   0.00   0.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*